JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **CATHLEEN ALCALA HEBERT,** | ) | **NO. CV 16-4901-KS** |
| | ) | |
| **Plaintiff,** | ) | **JUDGMENT** |
| v. | ) | |
| | ) | |
| **NANCY A. BERRYHILL**, Acting | ) | |
| **Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed, and the above-captioned action is remanded for further proceedings consistent with the provisions of the Memorandum Opinion and Order.

DATE: May 8, 2017

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE